

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2019

No. 04-18-00590-CV

John R. **HALL,** D.O. and South Texas Spinal Clinic, PA,
Appellants

v.

Julian **VASQUEZ,**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-22025
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Sitting:      Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The panel has considered the Appellee's Motion for Rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court